UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIN BEATRICE BUNLEY | CIVIL ACTION |
| VERSUS | 17-579-SDD-EWD |
| LEBLANC | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated May 1, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Complaint* is hereby DISMISSED, WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims.

Signed in Baton Rouge, Louisiana the  21  day of May, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.